FILED IN OPEN COURT
ON 3/3/21 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-89-1M (1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT |
| | ) |
| EVAN RUSSELL ADDISON | ) |
| | ) |

The Grand Jury charges:

## COUNT ONE

Beginning on or about February 4, 2020 and continuing until on or about November 17, 2020, in the Eastern District of North Carolina and elsewhere, the defendant EVAN RUSSELL ADDISON, with the intent to injure, harass, and intimidate another person, E.O., used an interactive computer service, electronic communication service, and electronic communication service of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to E.O., in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

1

## COUNT TWO

Beginning on or about February 4, 2020 and continuing until on or about March 20, 2020, in the Eastern District of North Carolina, the defendant, EVAN RUSSELL ADDISON, knowingly did transmit in interstate and foreign commerce from Wake Forest, North Carolina, to Seoul, South Korea, communications to E.O. over Reddit.com, and the communications contained threats to injure E.O., including "We're going to find you and feed your penis to some goats", "Time to die", "You might get stabbed at least 6 times", "The troll group found his chink ass and chopped him up into little pieces and placed his dismembered body parts into a plastic barrel of sulphuric acid", "There's going to be a closet filled with your skeleton soon", "Let's cut him into little pieces", "It [surgery] will be [necessary] when I'm done with you", "you'll be tracked and ended soon enough", and "Please move back before we find you and cut your little Chinese dick off and sell it in the Chinese bush meat markets", in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON  ✓

3-3-2021

DATE

G. NORMAN ACKER, III
Acting United States Attorney

BY: BRADFORD M. DEVOE
Assistant United States Attorney